SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAMELA PAASO, TXSB# 24060371**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**GARY PAUL SAMPSON, III,**

**Defendant.**

**3:25-cr-00139-AB**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

Defendant Gary Sampson threatened Adult Victim 1 (AV1) with a knife while striking her in the head and attempting to strangle her. The government joins United States Probation Office in recommending that the Court impose a sentence of 24 months' imprisonment, a three-year term of supervised release, and a $100 special assessment.

**Factual Background**

**A. The Offense Conduct**

On March 17, 2025, AV1 was driving on the Warm Springs Indian Reservation when she encountered defendant and offered him a ride. AV1 was driving and defendant initiated an

argument. Defendant attempted to grab the steering wheel of the truck and threatened to stab AV1. AV1 stopped the truck and got out. Defendant followed AV1 around the truck, brandishing a knife. AV1 and defendant got back in the truck and defendant struck AV1's face with his hand causing AV1 pain. Defendant then put pressure on AV1's neck with one hand while holding the knife in his other hand. Defendant told AV1 "I just want to kill you." Police observed scrapes on the side of AV1's face and red marks on AV1's neck.

**B. The Charges**

Defendant was charged in a single count indictment with Assault with a Dangerous Weapon, in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

**C. The Plea Agreement & Guideline Computations**

On August 12, 2026, defendant entered a guilty plea. Pursuant to the plea agreement, the government will also, subject to the limitations set forth in the agreement, recommend that defendant receive a three-level reduction for acceptance of responsibility. The government agrees with the guideline computation in the Presentence Report (PSR).

**Government's Recommended Sentence**

Defendant assaulted AV1 with his hands and then threatened AV1 with a knife. The assault left AV1 visibly injured and the threat left V1 shaken. Defendant has a limited criminal history and has availed himself to substance abuse treatment while on release. However, defendant was also arrested twice for driving under the influence in September and November of 2025. Since then, defendant has remained engaged in treatment and in compliance with release conditions. On balance, the seriousness of this offense warrants a twenty-four-month prison sentence.

/ / /

**Restitution & Forfeiture**

The government has not received any victim impact statements (VIS), however, the government anticipates that AV1 may provide a statement at sentencing. If the government receives any VIS prior to sentencing, copies will be provided to the Court and defense upon receipt to fulfill its statutory obligations under the Crime Victims' Rights Act. *See* 18 U.S.C. § 3771(a)(4) (providing that victims shall have the "right to be reasonably heard at any public proceeding in the district court involving release, plea, [or] sentencing"); 18 U.S.C. § 3771(c)(1) ("Officers and employees of the Department of Justice . . . shall make their best efforts to see that crime victims are notified of, and accorded, the rights described in [18 U.S.C. § 3771(a)]"). Any VIS will be presented on behalf of the victim.

The government has not received any restitution requests as of this date.

**Conclusion**

Based on the foregoing, the government joins the Probation Office in recommending that this Court impose a sentence of twenty-four months, followed by a three-year term of supervised release, subject to the standard and special conditions, and a special assessment in the amount of $100.

Dated: November 4, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney